

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 44TH DISTRICT COURT OF DALLAS COUNTY, GREETINGS:

On May 27, 2025, the Court of Appeals for the Fifteenth District of Texas dismissed the appeal in the following case:

Seed To Harvest Real Estate, LLC v. Carolyn Turner

Court of Appeals No. 15-25-00048-CV
Trial Court No. DC-22-05065

The Court of Appeals entered the following judgment or order:

Today the Court heard Appellee's motion to dismiss this appeal for want of jurisdiction. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We order appellant, Seed To Harvest Real Estate, LLC, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this August 29, 2025.



**CHRISTOPHER A. PRINE, CLERK**